JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J. Bradley Hall, | ) | SACV 08-0989-JVS(ANx) |
| | ) | |
|     Plaintiff, | ) | ORDER OF DISMISSAL FOR |
|   v. | ) | LACK OF PROSECUTION |
| Simon Arkell, et al., | ) | |
|     Defendants. | ) | |

The Court having set the PreTrial Conference for February 16, 2010 and counsel having made their appearance and having made no objection to the matter being dismissed,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: February 26, 2010

                                          James V. Selna
                                          United States District Judge